UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID COPPAGE,

              Plaintiff,

- against -

P.O. MICHAEL SINCLAIR, Tax ID No. 937545,
P.O. RAFFI TASCI, Shield No. 15252 and
THE CITY OF NEW YORK,

              Defendants.
-------------------------------------------------------------X

07 CV 6364 (MRB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              )ss:
COUNTY OF QUEENS    )

ALAN D. LEVINE, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age, and resides in the County of New York, City and State of New York.

On August 7, 2007, deponent served the within SUMMONS, COMPLAINT and JURY TRIAL DEMAND upon defendant CITY OF NEW YORK at 12:10 P.M., by delivering a true copy thereof to Madelyn Santana, a docketing clerk, employed by the New York City Department of Law at 100 Church Street, 4th Floor, New York, New York and authorized to accept service on behalf of defendant.

                                                              ALAN D. LEVINE

Sworn to before me this
9th day of August 2007

_____
NOTARY PUBLIC

SUSANNE RAMKISHUN
Notary Publick, State of New York
No. 01RA6152654
Qualified in Queens County
Commision Expires Sept. 18th 2010