AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

SOUTHERN _____ District of ___ NEW YORK

DAVID COPPAGE

**SUMMONS IN A CIVIL ACTION**

V.

P.O. MICHAEL SINCLAIR, Tax ID No. 937545,
P.O. RAFFI TASCI, Shield No. 15252 and THE
CITY OF NEW YORK

CASE NUMBER:

07 CV 6364

JUDGE BUCHWALD

TO: (Name and address of Defendant)

Sinclair and Tasci - One Police Plaza, New York, New York 10038
City - c/o Michael A. Cardozo, Esq., Corporation Counsel, 100 Church Street, New York, New
York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan D. Levine, Esq.
80-02 Kew Gardens Road
Suite 1010
Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
_____
CLERK

_____
(By) DEPUTY CLERK

JUL 1 2 2007

_____
DATE

*– Levine –*

AO 440 (Rev 8/01) Summons in a Civil Action

P.O. Michael Sinclair
Tax Id #: 937545

**RETURN OF SERVICE**

737 Melrose Avenue
Bronx, NY

| Service of the Summons and complaint was made by me[1] | DATE August 10, 2007 |
|---|---|
| NAME OF SERVER *(PRINT)* Richard Schacca | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left a copy of said papers with Sgt. Padilla (#4322). Deponent also enclosed a copy of same in a sealed wrapper addressed to defendant and deposited said in a post office depository.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/14/07___
Date

_____
Signature of Server

Franklin Square, NY 11010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

DAVID COPPAGE

v.

**SUMMONS IN A CIVIL ACTION**

P.O. MICHAEL SINCLAIR, Tax ID No. 937545,
P.O. RAFFI TASCI, Shield No. 15252 and THE
CITY OF NEW YORK

CASE NUMBER:

07 CV    6364

JUDGE BUCHWALD

TO: (Name and address of Defendant)

Sinclair and Tasci - One Police Plaza, New York, New York 10038
City - c/o Michael A. Cardozo, Esq., Corporation Counsel, 100 Church Street, New York, New
York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan D. Levine, Esq.
80-02 Kew Gardens Road
Suite 1010
Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUL 1 2 2007

CLERK _____          DATE _____

(By) DEPUTY CLERK

*Levine*

AO 440 (Rev. 8/01) Summons in a Civil Action

| P.O. Raffi Tasci Shield #: 15252 | **RETURN OF SERVICE** | 737 Melrose Avenue Bronx, NY | |
|---|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE | August 10, 2007 |
| NAME OF SERVER *(PRINT)* Richard Schacca | | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Left a copy of said papers with Sgt. Padilla (#4322). Deponent also enclosed a copy of same in a sealed wrapper addressed to defendant and deposited said in a post office depository.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/14/07___
          Date

_____
Signature of Server

Franklin Square, NY 11010
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure