ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

(718) 793-8068

FAX: (718) 544-8708

E-MAIL: alandlaw@justice.com

November 16, 2007

[court stamp, partially illegible]

VIA FACSIMILE: (212) 805-7927
Hon. Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, N.Y. 10007

*[handwritten endorsement:]*
Endorsement
The conference is adjourned
until December 19, 2007 at
3:30 p.m. So Ordered.
Naomi Reice Buchwald,
USDJ
11/21/07

    Re:    Coppage v. City of New York
           07 CV 6364 (NRB)
           Our File No.: 2037

Dear Judge Buchwald:

    I am the attorney for the plaintiff is the above-referenced action. Your honor has scheduled an initial conference in the action for November 30, 2007.  I write to inform the court that on that date I will be engaged in an all-day arbitration in White Plains. Thus, I will not be able to be present at the initial scheduling conference. I have left a voice-mail message for the Assistant Corporation Counsel who is defending this action, requesting her consent to an adjourned date, but have not received a call back. Nevertheless, I must request an adjournment. With regard to an adjourned date, please be aware that I will be on trial in the Southern District courthouse in White Plains  on December 3 and from December 5 through December 10, 2007.

                Very truly yours,

                ALAN D. LEVINE

ADL/rhw
cc: Jennifer L. Rubin, Esq. (Via Fax)