UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**David Coppage,**

                                  **Plaintiff,**

            **NOTICE OF APPEARANCE**

    **-against-**

**City of New York, et al.,**                              07 Civ. 6364 (NRB)

                                  **Defendants.**
------------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that **Shawn D. Fabian**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Michael Sinclair and Raffi Tasci.

Dated:  New York, New York
         January 9, 2008

                                                     MICHAEL A. CARDOZO
                                                   Corporation Counsel
                                                         of the City of New York
                                                   Attorney for Defendants City, Sinclair and Tasci
                                                   100 Church Street
                                                   New York, New York 10007
                                                   (212) 788-0906

                                          By:    _____/s/_____
                                                        Shawn Fabian (SF4606)
                                                        Assistant Corporation Counsel
                                                         Special Federal Litigation Division